# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

GLORIAN L. SAVAGE,

    Plaintiff,

v.

CASE NO. _____

GULF COAST HEALTH SYSTEM
IMAGING, LLC, D/B/A OPTIMAL
IMAGING SACRED HEART
SYSTEM,

    Defendant.

_____

## **COMPLAINT**

Plaintiff, GLORIAN L. SAVAGE (hereinafter referred to as the "Plaintiff" and/or "Savage") sues the Defendant, GULF COAST HEALTH SYSTEM, LLC, d/b/a, OPTIMAL IMAGING SACRED HEART SYSTEM, (hereinafter referred to as "Optimal Imaging" and/or the "Defendant"), and alleges as follows:

### *INTRODUCTION*

1. This is an action for damages and other relief to redress the deprivation of rights secured to the Plaintiff by Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, which prohibits discrimination based on race and gender.

1

## *JURISDICTION AND VENUE*

2. This is an action to remedy discrimination on the basis of race and gender in the terms, conditions and privileges of Plaintiff's employment in violation Title VII of the Civil Rights Act of 1964, as amended, (Title VII), 42 U.S.C. § 2000e *et seq.*

3. Jurisdiction is invoked pursuant to 28 U.S.C. § 1331 and 42 U.S.C. §2000e-5(f).

4. Declaratory, injunctive, and equitable relief is sought pursuant to 28 U.S.C. §§ 2201, 2202 and 42 U.S.C. § 2000e-5(g).

5. Costs and attorney's fees are sought pursuant to 42 U.S.C. §2000e-5(k) and Fed. R. Civ. P. 54.

6. This action lies in the Northern District of Florida, Pensacola Division, pursuant to 29 U.S.C. § 1391(b), because the action arose in this judicial district, and pursuant to 42 U.S.C. § 2000e-5(f)(3), because the unlawful employment practices were committed in this judicial district.

7. Plaintiff has complied with all conditions precedent to the filing of this suit.

8. Plaintiff was issued a "Right to Sue" letter on May 28, 2019, by the United States Equal Employment Opportunity Commission (EEOC).

## *PARTIES*

9. Plaintiff is an African-American female and a citizen of the State of Florida who resides in Pensacola, Florida. She was employed by the Defendant from August 21, 2017 until, on or about February 2, 2018. Plaintiff is an employee within the meaning of Title VII.

10. Defendant, Gulf Coast Health Systems, LLC, d/b/a, Optimal Imaging Sacred Heart System, is a Florida Limited Liability Company. It is authorized to conduct business in the State of Florida. Its principal address is 4033 Gulf Breeze Parkway, Gulf Breeze, Florida 32561. Defendant is an employer within the meaning of Title VII.

## *FACTS*

11. Plaintiff is an African-American female. On August 21, 2017, she was hired by Optimal Imaging work as a Patient Services Representative at the company's Perdido Key office.

12. Plaintiff performed the duties of her position in an exemplary manner. Prior to her termination, she was never warned or cautioned about any performance issues.

13.  On February 2, 2018, Plaintiff was terminated from her job by her supervisor, Sean Reece.  The reasons given by Mr. Reece were unreliability, tardiness and failure to give my password to another employee.

14.  I was never warned or disciplined for being tardy.  Caucasian employees were routinely tardy and were never disciplined.

15.  Company policy prohibited the sharing of passwords.

16.  During me employment, I was not allowed to take a lunch break.

17.  The reasons provided for my termination are untrue and pretextual for race discrimination.

18.  I was replaced by a Caucasian male who had no experience in the field.

FIRST CAUSE OF ACTION
(Title VII - Race Discrimination)

19.  Plaintiff repeats and re-alleges each and every allegation contained in paragraph 1 through 18 of this complaint with the same force and effect as if set forth herein.

20.  Defendant discriminated against Plaintiff in the terms and conditions of her employment on the basis of her race in violation of the Title VII of the Civil Rights Act of 1964.

21. Plaintiff is now suffering and will continue to suffer irreparable injury and monetary damages as a result of Defendant's discriminatory practice unless and until this Court grants relief.

## COUNT TWO
### (Title VII - Gender Discrimination)

22. Plaintiff repeats and re-alleges each and every allegation contained in paragraph 1 through 18 of this complaint with the same force and effect as if set forth herein.

23. Defendant discriminated against Plaintiff in the terms and conditions of her employment on the basis of her gender in violation of the Title VII of the Civil Rights Act of 1964.

24. Plaintiff is now suffering and will continue to suffer irreparable injury and monetary damages as a result of Defendant's discriminatory practice unless and until this Court grants relief.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to enter a judgment:

a) Declaring the acts and practices complained of herein are violation of the Title VII;

b) Enjoining and permanently restraining those violations of the Title IV;

c) Directing the Defendant to take such affirmative action as is necessary to ensure that the effects of these unlawful employment practice are eliminated and do not continue to affect Plaintiff's employment opportunities;

d) Directing Defendant to place Plaintiff in the position she would have occupied but for Defendant's discriminatory treatment of her and make her whole for all earnings she would have received but for Defendant's discriminatory treatment, including but not limited to, wages, pension, and other lost benefits.

e) Awarding Plaintiff Front Pay;

f) Awarding Plaintiff compensatory damages;

g) Awarding Plaintiff the costs of this action together with a reasonable Attorney's fees; and,

h) Granting such other and further relief as the Court deems just and proper in the premises.

Respectfully submitted,

/s/ R. John Westberry
R. John Westberry, Esq.
Florida Bar No.: 244661
Email: rjw@westconlaw.com
Clayton M. Connors, Esq.
Florida Bar No.: 0095553
Email: cmc@westconlaw.com
WESTBERRY & CONNORS, LLC.
4400 Bayou Blvd, Suite 32 A
Pensacola, FL 32504
Telephone (850) 473-0401